United States District Court
Western District of Texas
Del Rio Division

| | |
|---|---|
| The State of Texas,<br><br>  *Plaintiff*,<br><br>    v.<br><br>U.S. Department of Homeland Security; Alejandro Mayorkas, in his official capacity as Secretary of the U.S. Department of Homeland Security; U.S. Customs & Border Protection; U.S. Border Patrol; Troy A. Miller, in his official capacity as Acting Commissioner for U.S. Customs & Border Protection; Jason Owens, in his official capacity as Chief of the U.S. Border Patrol; and Juan Bernal, in his official capacity as Acting Chief Patrol Agent, Del Rio Sector U.S. Border Patrol,<br><br>  *Defendants*. | No. 2:23-CV-00055-AM |

### Plaintiff's Notice of Appeal

Plaintiff the State of Texas appeals this Court's Order entered on November 29, 2023, to the United States Court of Appeals for the Fifth Circuit. *See* Memorandum Opinion and Order, ECF No. 57. That Order denied the State of Texas's motion for a preliminary injunction. *See id.*; *see also* Pl.'s Mot. for Prelim. Inj. or Stay of Agency Action, ECF No. 3. The order denying a preliminary injunction is immediately appealable. *See* 28 U.S.C. § 1292(a)(1).

1

| | |
|---|---|
| Date: November 30, 2023 | Respectfully submitted, |
| Ken Paxton<br>Attorney General of Texas | /s/ Ryan D. Walters<br>Ryan D. Walters<br>Chief, Special Litigation Division |
| Brent Webster<br>First Assistant Attorney General | Tex. State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| Grant Dorfman<br>Deputy First Assistant Attorney General | David Bryant<br>Special Counsel<br>Texas Bar No. 03281500 |
| Ralph Molina<br>Deputy Attorney General for Legal Strategy | David.bryant@oag.texas.gov |
| Office of the Attorney General<br>P. O. Box 12548, MC-009<br>Austin, TX 78711-2548<br>(512) 936-2172 | Munera Al-Fuhaid<br>Special Counsel<br>Tex. State Bar No. 24094501<br>Munera.Al-Fuhaid@oag.texas.gov |
| Robert Henneke<br>Texas Bar No. 24046058<br>Texas Public Policy Foundation<br>901 Congress Ave.<br>Austin, Texas 78701<br>(512) 472-2700<br>rhenneke@texaspolicy.com | Amy S. Hilton<br>Special Counsel<br>Tex. State Bar No. 24097834<br>Amy.Hilton@oag.texas.gov |
| | Heather L. Dyer<br>Special Counsel<br>Tex. State Bar No. 24123044<br>Heather.Dyer@oag.texas.gov |
| | **Counsel for Defendants** |

## Certificate of Service

On November 30, 2023, this document was filed electronically through the Court's CM/ECF system, which automatically serves all counsel of record.

/s/ Ryan D. Walters
Ryan D. Walters