# United States Court of Appeals for the Fifth Circuit

---

No. 23-50869

---

State of Texas,

*Plaintiff—Appellant*,

*versus*

United States Department of Homeland Security; Alejandro Mayorkas, *Secretary, U.S. Department of Homeland Security*; United States Customs and Border Protection; United States Border Patrol; Troy Miller, *Acting Commissioner, U.S. Customs and Border Protection*; Jason Owens, *in his official capacity as Chief of the U.S. Border Patrol*; Juan Bernal, *in his official capacity as Acting Chief Patrol Agent, Del Rio Sector United States Border Patrol*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CV-55

---

UNPUBLISHED ORDER

Before Haynes, Willett, and Duncan, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's opposed motion for a temporary administrative stay is GRANTED. Appellees shall file a response to the

No. 23-50869

motion for an injunction pending appeal by 5:00 p.m. on Friday, December 8, 2023.