No. 23-50869

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS,

*Plaintiff-Appellant*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants-Appellees.*

**FEDERAL GOVERNMENT'S STATUS REPORT REGARDING COMPLIANCE WITH THE TEMPORARY ADMINISTRATIVE STAY**

Earlier today, December 4, 2023, Texas filed an emergency motion for an "injunction pending appeal," pairing it with a request that the Court issue "a temporary administrative injunction" the same day "while the Court considers [the] emergency motion." Motion at 2. This afternoon, this Court issued an ex parte order stating that Texas's "opposed motion for a temporary administrative stay is GRANTED." Order at 1.

Texas did not specify the scope of the injunction it sought, and the Court did not delineate the scope of the administrative stay it entered. However, Texas stated in its motion that it did not oppose an exception to the temporary restraining order that the district court entered earlier in this case, ECF No. 9 at 4 (barring "Defendants from damaging, destroying, or otherwise interfering with Texas's concertina wire fence"), which permitted Defendants to cut the concertina wire "for any medical

emergency that mostly likely results in serious bodily injury or death to a person, absent any boats or other life-saving apparatus available to avoid such medical emergencies prior to reaching the concertina wire barrier," *id.*; *see id.* at 11; *see also* Motion at 8 (indicating Texas's lack of opposition to this exception). The temporary restraining order, as modified by the district court, also specified that it applied to "the vicinity of Eagle Pass, Texas as indicated in the complaint." ECF No. 33 at 1.

Defendants have conferred with counsel for Texas in this case and confirmed that it understands the relief the Court entered this afternoon to have the same geographic scope, with the same medical-emergency exception, as the temporary restraining order entered at ECF No. 9, as modified at ECF No. 33; *see also* ECF No. 59-1 (proposed district-court order on Plaintiff's motion for injunction pending appeal). Defendants hereby give notice of their intended compliance with the Court's order, so understood, subject to clarification by the Court. Because Defendants' full draft was unavailable at the time of conferencing, Texas has respectfully requested the right to respond once this filing has been completed.

Respectfully submitted,

BRIAN M. BOYNTON
  *Principal Deputy Assistant Attorney General*

JAIME ESPARZA
  *United States Attorney*

SARAH E. HARRINGTON
  *Deputy Assistant Attorney General*

MELISSA N. PATTERSON
  */s/ Steven A. Myers*
STEVEN A. MYERS
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-305-8648*

Dated: December 4, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on December 4, 2023, I electronically filed the foregoing notice with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

*/s/ Steven A. Myers*
STEVEN A. MYERS
Counsel for Appellees
