# TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

23-192

District Court: US District Court Western District of Texas, Del Rio Div   District Court Docket No.: 2:23-cv-00055-AM

Short Case Title: State of Texas v. U.S. Department of Homeland Security, et al.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Vickie-Lee Garza

Date Notice of Appeal Filed in the District Court: 11/30/2023   Court of Appeals No.: 23-50869

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ■ Transcript is already on file in the Clerk's Office     11/7/2023 filed 11/14/23

**OR**     11/27/2023 pending

Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing ___  ☐ Voir Dire ___
☐ Opening Statement of Plaintiff ___  ☐ Opening Statement of Defendant ___
☐ Closing Argument of Plaintiff ___  ☐ Closing Argument of Defendant: ___
☐ Opinion of court ___  ☐ Jury Instructions ___  ☐ Sentencing ___

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Est | Actual | Judge/Magistrate |
|---|---|---|---|---|
| 11/07/2023 | Preliminary Injunction-Part One | 240 | 234 | Alia Moses |
| 11/27/2023 | Preliminary Injunction-Part Two | 160 | 55 | Alia Moses |
|  | SEALED BENCH conferences |  | 94 |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐ Private Funds;  ☐ Criminal Justice Act Funds (Enter Authorization-24 via eVoucher); payment
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds not received as of 12/4/2023
■ Other: Transcripts paid to Court Reporter by Office of the Attorney General ~~on 11/15/23 and 11/28/23~~

Signature: /s/ Ryan D. Walters   Date Transcript Ordered: 11/8/23 and 11/27/23
Print Name: Ryan D. Walters   Phone: ___
Counsel for: State of Texas
Address: Office of the Attorney General, Special Litigation Division, 209 W. 14th Street, 7th Floor, Austin, Texas 78701

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| 12/4/2023 | Invoiced on both | 01/04/2024 | 400 |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) ___

Date: 12/4/2023   Signature of Reporter: Vickie-Lee Garza   Tel.: 830 308 6416
Email of Reporter: Vickie-Lee_Garza@txwd.uscourts.gov   P.O. Box 2276 Del Rio TX 78841

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: 383   Actual Number of Volumes: 3
Date: 12/4/2023   Signature of Reporter: Vickie-Lee Garza