# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2023

Mr. Ari Cuenin
Office of the Attorney General
Solicitor General Division
209 W. 14th Street
7th Floor
Austin, TX 78701

Mr. Christopher A. Eiswerth
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Suite 12310
Washington, DC 20005

Ms. Vickie Garza
U.S. District Court
Western District of Texas
111 E. Broadway Street
Del Rio, TX 78840

Mr. Robert D. Green
U.S. Attorney's Office
Civil Section
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. James Andrew Mackenzie
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Steven Andrew Myers
U.S. Department of Justice

Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 7232
Washington, DC 20530

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Melissa Nicole Patterson
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

    No. 23-50869   State of Texas v. DHS
                     USDC No. 2:23-CV-55

Dear Mr. Cuenin, Mr. Eiswerth, Ms. Garza, Mr. Green, Mr. Henneke, Mr. Mackenzie, Mr. Myers, Mr. Nielson, Ms. Patterson, Mr. Walters,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Casey A. Sullivan, Deputy Clerk
                                504-310-7642