# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 28, 2023
Lyle W. Cayce
Clerk

No. 23-50869

State of Texas,

*Plaintiff—Appellant*,

versus

United States Department of Homeland Security; Alejandro Mayorkas, *Secretary, U.S. Department of Homeland Security*; United States Customs and Border Protection; United States Border Patrol; Troy Miller, *Acting Commissioner, U.S. Customs and Border Protection*; Jason Owens, *in his official capacity as Chief of the U.S. Border Patrol*; Juan Bernal, *in his official capacity as Acting Chief Patrol Agent, Del Rio Sector United States Border Patrol*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CV-55

_____

UNPUBLISHED ORDER

Before Haynes, Willett, and Duncan, *Circuit Judges*.

Per Curiam:

No. 23-50869

IT IS ORDERED that appellee's opposed motion to expedite the appeal is GRANTED. The merits panel will set a briefing schedule and argument date.