# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 08, 2024

Mr. Scott Harris
Supreme Court of the United States
One First Street, N.E.
Washington, DC 20543

    No. 23-50869   State of Texas v. DHS
                         USDC No. 2:23-CV-55

Dear Mr. Harris,

Pursuant to your recent request, I write to advise the appellate court record can be accessed on PACER through the court's website(www.ca5.uscourts.gov).

By copy of this letter, the Clerk of the United States District Court for the Western District of Texas is directed to transmit their record to the United States Supreme Court.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Lisa E. Ferrara, Deputy Clerk
                            504-310-7675

cc:
    Mr. Ari Cuenin
    Mr. Philip Devlin
    Mr. Christopher A. Eiswerth
    Ms. Vickie Garza
    Mr. Robert D. Green
    Mr. Robert E. Henneke
    Mr. James Andrew Mackenzie
    Mr. Steven Andrew Myers
    Mr. Aaron Lloyd Nielson
    Ms. Melissa Nicole Patterson
    Mr. Ryan Daniel Walters

P.S. This court will provide the video to you separately.