## ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Melissa N. Patterson
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

23-50869          State of Texas                    v. Department of Homeland Security et
(Case Number)                                          (Short Title)

is scheduled for oral argument at   9:00 am   on   February 7, 2024   located in the
                                     (Time)              (Date)

HOUSTON - Southern District of Texas, Houston, 515 Rusk Street, Houston, TX, 77002
(Location)

/s/ Melissa N. Patterson                                January 10, 2024
(Signature)                                              (Date)

---

List all parties being represented for argument and select the party type

U.S. Department of Homeland Security; Alejandro Mayorkas; U.S. Customs and Border Protection
U.S. Border Patrol; Troy Miller; Jason Owens; Juan Bernal

☐ Appellant   ☒ Appellee   ☐ Cross Appellant   ☐ Cross Appellee   ☐ Amicus   ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | | | |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION # 26

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]   [RESET FORM]

Revised 04/2023                                          Form OA-001