

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson
Solicitor General

(512) 936-2834
Aaron.Nielson@oag.texas.gov

January 10, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

　**Re:** No. 23-50869, *State of Texas v. U.S. Department of Homeland Security, et al.*

Dear Mr. Cayce:

　I write to advise the Court that Deputy Solicitor General Ari Cuenin has left the employment of the Office of the Attorney General. Undersigned counsel requests that the Court permit Mr. Cuenin to withdraw from the representation of Appellants in this matter. Aaron L. Nielson previously filed a notice of appearance and will serve as lead counsel in this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　/s/ Aaron L. Nielson

　　　　　　　　　　　　　　　　　Aaron L. Nielson
　　　　　　　　　　　　　　　　　Solicitor General

cc: All counsel of record (via CM/ECF)