# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 23, 2024

TO COUNSEL LISTED BELOW:

    No. 23-50869    State of Texas v. DHS

Dear Counsel:

This is to advise that the oral argument of this case has been moved from Wednesday, February 7, 2024, to Thursday, February 8, 2024 at 9:00 a.m. in Room 11-D of the Bob Casey Courthouse in Houston, Texas.

Please acknowledge receipt of this calendar via email to your courtroom deputy,
pam_trice@ca5.uscourts.gov

                Very truly yours,

                LYLE W. CAYCE, Clerk

                By: _____
                Charles B. Whitney
                Calendar Clerk
                504-310-7679

Mr. Christopher A. Eiswerth
Mr. Robert D. Green
Mr. Robert E. Henneke
Mr. James Andrew Mackenzie
Mr. Steven Andrew Myers
Mr. Aaron Lloyd Nielson
Ms. Melissa Nicole Patterson
Mr. Ryan Daniel Walters