

**U.S. Department of Justice**
Civil Division

---

Tel: 202-305-8648

January 24, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE: *Texas v. United States Department of Homeland Security*, No. 23-50869

Dear Mr. Cayce:

    The government is writing pursuant to Federal Rule of Appellate Procedure 43(c)(2) to update the case caption in the above-referenced case.

    Please substitute "Robert Danley, Chief Patrol Agent, Del Rio Sector, United States Border Patrol," for "Juan Bernal, Acting Chief Patrol Agent, Del Rio Sector United States Border Patrol."

    Please also update Troy Miller's title to "Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection," instead of Acting Commissioner.

Sincerely,

/s/ *Steven A. Myers*
Steven A. Myers

cc: all counsel (by ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ *Steven A. Myers*
Steven A. Myers