# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 24, 2024

Mr. Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, DC 20001

Mr. Christopher A. Eiswerth
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, N.W.
Washington, DC 20005

Ms. Vickie Garza
U.S. District Court
Western District of Texas
111 E. Broadway Street
Del Rio, TX 78840

Mr. Robert D. Green
U.S. Attorney's Office
Civil Section
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Conor Harvey
Murphy Ball Stratton, L.L.P.
901 Alexander
Houston, TX 77008

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. James Andrew Mackenzie
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Steven Andrew Myers
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Melissa Nicole Patterson
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

      No. 23-50869   State of Texas v. DHS
                           USDC No. 2:23-CV-55

Dear Mr. Crapo, Mr. Eiswerth, Ms. Garza, Mr. Green, Mr. Harvey, Mr. Henneke, Mr. Mackenzie, Mr. Myers, Mr. Nielson, Ms. Patterson, Mr. Walters,

Attached is a revised case caption, which should be used on all future filings in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                By: _____
                                Lisa E. Ferrara, Deputy Clerk
                                504-310-7675

Case No. 23-50869

State of Texas,

        Plaintiff - Appellant

v.

United States Department of Homeland Security; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; United States Customs and Border Protection; United States Border Patrol; Troy Miller, Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection; Jason Owens, in his official capacity as Chief of the U.S. Border Patrol; Robert Danley, in his official capacity as Chief Patrol Agent, Del Rio Sector, United States Border Patrol,

        Defendants - Appellees