# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 01, 2024

Mr. Monroe David Bryant Jr.
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Robert D. Green
U.S. Attorney's Office
Civil Section
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. James Andrew Mackenzie
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Steven Andrew Myers
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Melissa Nicole Patterson
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.

Washington, DC 20530

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

     No. 23-50869   State of Texas v. DHS
                          USDC No. 2:23-CV-55

Dear Counsel:

This case has been removed from abeyance.

The court would like the parties to address whether, in light of the district court's supplemental findings, expedited review is still warranted. The parties should respond by letter to the court on or before Friday, April 5, 2024.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Lisa E. Ferrara, Deputy Clerk
                          504-310-7675

cc:
    Mr. Matt A. Crapo
    Mr. Conor Harvey

P.S. to counsel: Only the appellant and appellees should file letters.