# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2024

Mr. Monroe David Bryant Jr.
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Matt A. Crapo
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, DC 20001

Mr. Robert D. Green
U.S. Attorney's Office
Civil Section
601 N.W. Loop 410
San Antonio, TX 78216

Mr. Conor Harvey
Murphy Ball Stratton, L.L.P.
1001 Fannin Street
Suite 720
Houston, TX 77002

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. James Andrew Mackenzie
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Steven Andrew Myers
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.

Washington, DC 20530

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Melissa Nicole Patterson
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

    No. 23-50869   State of Texas v. DHS
                          USDC No. 2:23-CV-55

Dear Counsel:

The court has requested supplemental briefs in this case.

- Appellant's supplemental brief is due April 29, 2024
- Appellees' supplemental brief is due May 20, 2024

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Lisa E. Ferrara, Deputy Clerk
                                      504-310-7675

P.S. to all counsel: Information regarding oral argument will be provided in a separate letter.