# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2024

Mr. Monroe David Bryant Jr.
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

Mr. Robert E. Henneke
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701

Mr. James Andrew Mackenzie
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548
Austin, TX 78711-2548

Mr. Aaron Lloyd Nielson
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Ryan Daniel Walters
Office of the Texas Attorney General
Special Litigation Division
209 W. 14th Street
7th Floor
Austin, TX 78701

        No. 23-50869   State of Texas v. DHS
                       USDC No. 2:23-CV-55

Dear Mr. Bryant, Mr. Henneke, Mr. Mackenzie, Mr. Nielson, Mr.
Walters,

You must overnight the 7 paper copies of your reply brief required by 5th Cir. R. 31.1 for delivery to the court by tomorrow, April 9, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
    Mr. Matt A. Crapo
    Mr. Robert D. Green
    Mr. Conor Harvey
    Mr. Steven Andrew Myers
    Ms. Melissa Nicole Patterson