United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 11, 2024
Lyle W. Cayce
Clerk

No. 23-50869

State of Texas,

          *Plaintiff—Appellant*,

*versus*

United States Department of Homeland Security; Alejandro Mayorkas, *Secretary, U.S. Department of Homeland Security*; United States Customs and Border Protection; United States Border Patrol; Troy Miller, *Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection*; Jason Owens, *in his official capacity as Chief of the U.S. Border Patrol*; Robert Danley, *in his official capacity as Chief Patrol Agent, Del Rio Sector, United States Border Patrol*,

          *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:23-CV-55

_____

ORDER:

    IT IS ORDERED that Appellant's motion to supplement the record is GRANTED. The clerk of the district court is instructed to promptly supplement the record on appeal to include the district court's

findings of fact, the full transcripts of hearing proceedings, and any exhibits entered into evidence.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT