

J. Andrew Mackenzie  
Assistant Attorney General

(512) 936-2995  
Drew.Mackenzie@oag.texas.gov

August 29, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

**Re:** No. 23-50869, *Texas v. DHS*

Dear Mr. Cayce:

I am writing to advise the Court of my withdrawal as counsel for Plaintiff-Appellant the State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General of Texas. Aaron L. Nielson will remain lead counsel for the State of Texas.

    Respectfully submitted.

    /s/ J. Andrew Mackenzie

    J. Andrew Mackenzie  
    Assistant Attorney General

cc: All counsel of record (via CM/ECF)