

U.S. Department of Justice
Civil Division

Tel: 202-305-8648

December 4, 2024

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

RE:   *Texas v. United States Department of Homeland Security*, No. 23-50869

Dear Mr. Cayce:

The government respectfully writes with regard to the Court's opinion of November 27, 2024.  *See* Dkt. 181 ("Op.").

The opinion's introduction and conclusion use different language to describe the injunction barring Defendants from damaging Texas's concertina wire fence in certain circumstances.  In particular, the introduction limits the injunction to circumstances where Defendants have necessary access to both sides of Texas's fence for both law enforcement and emergency purposes, *see* Op. at 3 ("Defendants are ENJOINED … where Defendants have the necessary access to both sides of Texas's c-wire for immigration law enforcement *and emergency* purposes.") (emphasis added), while the conclusion omits any reference to emergency purposes, *see id.* at 42 ("where Defendants have the necessary access to both sides of Texas's c-wire for immigration law enforcement purposes").  The judgment issued contemporaneously with the opinion mirrors the conclusion's language.  *See* Dkt. 182 at 2.

As the opinion notes, "[b]oth the Border Patrol and Texas agree that the c-wire must be cut in the event of a medical emergency or to enforce federal immigration law."  Op. at 5.  Defendants accordingly do not understand the Court's language to preclude wire cutting where Defendants lack access necessary

to respond to an emergency.  *Accord, e.g.*, ROA.285 (district court's temporary restraining order, including exception "for any medical emergency that most[] likely results in serious bodily injury or death to a person, absent any boats or other life-saving apparatus available to avoid such medical emergencies prior to reaching the concertina wire barrier").

                              Sincerely,

                              /s/ *Steven A. Myers*
                              Steven A. Myers

cc: all counsel (by ECF)