No. 23-50869

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS,

*Plaintiff-Appellant*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants-Appellees*.

## SECOND UNOPPOSED MOTION
## FOR 30-DAY EXTENSION OF TIME TO FILE ANY PETITION
## FOR REHEARING OR REHEARING EN BANC

Defendants-appellees respectfully move for a second 30-day extension of time, through and including March 14, 2025, within which to file any petition for panel rehearing or rehearing en banc. Good cause exists for the reasons set forth below. Plaintiff does not oppose the requested relief.

1. As the Court is aware, this case concerns concertina wire fencing that Texas has installed along the banks of the Rio Grande near Eagle Pass, Texas. The principal question on appeal is whether federal law enforcement officers may properly be enjoined from disturbing Texas's fencing on the basis of Texas state tort law.

2. On November 27, 2024, this Court entered an opinion and judgment holding, over a dissent, that Texas was entitled to such an injunction. On January 7, 2025, the Court granted the government's first motion to extend its deadline to seek

rehearing or rehearing en banc through and including February 12, 2025. *See* Order (Jan. 7, 2025).

3. Following the change in administration, new leadership at the Department of Justice and the Department of Homeland Security have been considering how to proceed in this litigation. The requested extension is accordingly necessary to ensure that the government has sufficient time to evaluate how to proceed, and it will also afford the parties time to explore whether it is possible to resolve this litigation absent further judicial involvement.

For the foregoing reasons, the Court should grant the defendants-appellees a 30-day extension, through and including March 14, 2025, within which to file any petition for panel rehearing or rehearing en banc.

Respectfully submitted,

        MELISSA N. PATTERSON
         */s/ Steven A. Myers*
        STEVEN A. MYERS
         *Attorneys, Appellate Staff*
         *Civil Division*
         *U.S. Department of Justice*
         *950 Pennsylvania Ave., NW*
         *Washington, DC 20530*
         *202-305-8648*

Dated: February 4, 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Garamond, a proportionally spaced font. I further certify that this response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 257 words according to the count of Microsoft Word.

*/s/ Steven A. Myers*
STEVEN A. MYERS
Counsel for Appellees

## CERTIFICATE OF SERVICE

I hereby certify that, on February 4, 2025, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

*/s/ Steven A. Myers*
STEVEN A. MYERS
Counsel for Appellees
