# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 05, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-50869   State of Texas v. DHS
                  USDC No. 2:23-CV-55

Enclosed is an order entered in this case.

                                  Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Lisa E. Ferrara, Deputy Clerk
                                    504-310-7675

Mr. Monroe David Bryant Jr.
Mr. Matt A. Crapo
Mr. Robert D. Green
Mr. Conor Harvey
Mr. Robert E. Henneke
Mr. Steven Andrew Myers
Mr. Aaron Lloyd Nielson
Ms. Melissa Nicole Patterson
Ms. Lanora Christine Pettit
Mr. Ryan Daniel Walters