

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Aaron L. Nielson  
Solicitor General

(512) 936-2834  
Aaron.Nielson@oag.texas.gov

February 6, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

    Re:    No. 23-50869; *State of Texas v. U.S. Department of Homeland Security, et al.*

Dear Mr. Cayce:

    I am writing to advise the Court of the withdrawal of Lanora C. Pettit as counsel for Appellant the State of Texas, in the above-referenced case, as she has left employment with the Office of the Attorney General. Solicitor General, Aaron L. Nielson will remain as lead counsel.

                          Respectfully submitted.

                          /s/ Aaron L. Nielson

                          Aaron L. Nielson  
                          Solicitor General

cc: all counsel of record (via E-file)